## SANDLIN v
## HAMILTON AUTO SALES CO

Ohio Appeals, 1st Dist, Butler Co.

Decided May 23, 1934

### OPINION

PER CURIAM

It seems to us that it would be an unwarranted exercise of power on the part of

Mark T. Brown and Harry S. Wonnell, Hamilton, for plaintiff in error.

Williams, Sohngen, Fitton & Pierce, Hamilton, *for defendant in error.*

For full opinion see 3 OO 223; 197 NE 238; 49 Oh Ap 313.